Michael D. Ott, #064454
David J. Frankenberger, #186140
ERICKSEN ARBUTHNOT
Attorneys At Law
2440 West Shaw Avenue, Suite 101
Fresno, California 93711
Phone (559) 449-2600
Fax (559) 449-2603

Attorneys for Defendant, Sunflower Clovis Investors, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUNFLOWER CLOVIS INVESTORS LLC aka DR3 CLOVIS LLC, BOBBY SALAZAR'S MEXICAN RESTAURANT AND CANTINA INC. dba BOBBY SALAZAR'S,<br><br>　　　　　Defendants. | Case No.  1:11-CV-01991-AWI-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

**WHEREAS**, Plaintiff and Defendant SUNFLOWER CLOVIS INVESTORS, LLC ("Defendant") are engaged in settlement negotiations and anticipate that a settlement may be reached; and

**WHEREAS**, Defendant's Answer to the Complaint is due by January 30, 2012; and

**WHEREAS**, Plaintiff has already reached a settlement with Defendant Bobby Salazar's and Cantina, Inc.; and

**WHEREAS**, the Mandatory Scheduling Conference is currently set for February 15, 2012,

1

which will not provide the parties enough time to explore and/or complete a resolution through settlement; and

**WHEREAS**, Plaintiff and Defendant desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their respective counsel as follows:

1. Defendant's Answer to the Complaint shall be due on February 27, 2012; and
2. That the Mandatory Scheduling Conference in this matter be continued for approximately ninety (90) days, to a date convenient to the Court's calendar, in order to allow the parties time to explore settlement.

DATED:   February 1, 2012                                      ERICKSEN ARBUTHNOT

                                                               By /s/ Michael D. Ott
                                                                     Michael D. Ott
                                                                   Attorneys for Defendant
                                                                   SUNFLOWER CLOVIS
                                                                     INVESTORS, LLC


                                                               MOORE LAW FIRM, P.C.

DATED: January 31, 2012                                        By /s/ Tanya E. Moore
                                                                     Tanya E. Moore
                                                                   Attorney for Plaintiff
                                                                   JOHN MORALES

///
///
///

2

**ORDER**

The parties having stipulated and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Defendant SUNFLOWER CLOVIS INVESTORS LLC shall have until February 27, 2012, to file its Answer to the Complaint.

2. The Mandatory Scheduling Conference currently set for February 15, 2012, is hereby continued to May 16, 2012 at 8:30am, in Courtroom No. 8, before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **February 1, 2012**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE