Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Streets
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>     Plaintiff,<br><br>     vs.<br><br>SUNFLOWER CLOVIS INVESTORS LLC aka DR3 CLOVIS LLC, et al.,<br><br>     Defendants. | No.  1:11-CV-01991-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BOBBY SALAZAR'S MEXICAN RESTAURANT AND CANTINA, INC. dba BOBBY SALAZAR'S <u>ONLY</u>; ORDER** |

WHEREAS, Defendant Bobby Salazar's Mexican Restaurant and Cantina, Inc. dba Bobby Salazar's ("Defendant") has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that <u>ONLY</u> Defendant Bobby Salazar's Mexican Restaurant and Cantina, Inc. dba Bobby Salazar's be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 15, 2012                    MOORE LAW FIRM, P.C.

                                           /s/Tanya E. Moore

Tanya E. Moore
Attorneys for Plaintiff John Morales

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendant Bobby Salazar's Mexican Restaurant and Cantina, Inc. dba Bobby Salazar's be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   February 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE