Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Streets
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUNFLOWER CLOVIS INVESTORS LLC aka DR3 CLOVIS LLC, et al.,<br><br>    Defendants. | No. 1:11-CV-01991-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BOBBY SALAZAR'S MEXICAN RESTAURANT AND CANTINA, INC. dba BOBBY SALAZAR'S <u>ONLY</u>; ORDER** |

WHEREAS, Defendant Bobby Salazar's Mexican Restaurant and Cantina, Inc. dba Bobby Salazar's ("Defendant") has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that <u>ONLY</u> Defendant Bobby Salazar's Mexican Restaurant and Cantina, Inc. dba Bobby Salazar's be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 15, 2012          MOORE LAW FIRM, P.C.

                                 /s/Tanya E. Moore

*Morales v. Sunflower Clovis Investors, LLC aka DR3 Clovis, LLC, et al.*

Notice of Voluntary Dismissal; [Proposed] Order

Page 1

Tanya E. Moore
Attorneys for Plaintiff John Morales

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendant Bobby Salazar's Mexican Restaurant and Cantina, Inc. dba Bobby Salazar's be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   February 15, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE