K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUNFLOWER CLOVIS INVESTORS, LLC aka DR3 CLOVIS, LLC, et al.,<br><br>　　　　　Defendants. | No: 1:11-CV-01991-AWI-BAM<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SUNFLOWER CLOVIS INVESTORS, LLC aka DR3 CLOVIS, LLC ONLY; [PROPOSED] ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff John Morales ("Plaintiff") and Defendant Sunflower Clovis Investors, LLC aka DR3 Clovis, LLC ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Sunflower Clovis Investors, LLC aka DR3 Clovis, LLC be dismissed with prejudice from this action.

　　　　IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

| | |
|---|---|
| Date: March 8, 2012 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff John Morales |
| Date: March 8, 2012 | ERICKSEN ARBUTHNOT |
| | /s/ Michael D. Ott |
| | Michael D. Ott |
| | Attorneys for Defendant Sunflower Clovis Investors, LLC |

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. By consent of Plaintiff John Morales and Defendant Sunflower Clovis Investors, LLC aka DR3 Clovis, LLC, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

2. Except as provided for in paragraphs 1 above, Sunflower Clovis Investors, LLC aka DR3 Clovis, LLC is dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:  March 8, 2012

CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. Sunflower Clovis Investors, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order